```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOEL NEUSTEIN,

                              Plaintiff,

        -against-

CITIBANK, N.A., et al.,

                              Defendants.

7:23-cv-7393 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

        The Court having been advised that all claims asserted by Plaintiff Yoel Neustein against

Defendant Citibank, N.A. have been settled, it is ORDERED, that the above-entitled action be

and hereby is discontinued against Citibank, N.A., without costs to either party, subject to

reopening should the settlement not be consummated within sixty (60) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:    January 19, 2024                              SO ORDERED:
          White Plains, New York

                                        _____
                                            NELSON S. ROMÁN
                                          United States District Judge